In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-052 CV


____________________



ROBERT HARVEY d/b/a RNS SOUND & VISION, Appellant



V.



USER-FRIENDLY PHONE BOOK, L.L.C., 


d/b/a THE USER-FRIENDLY PHONE BOOK, Appellee






On Appeal from the County Court at Law No. 2


Montgomery County, Texas


Trial Cause No. 07-06-06250-CV 






MEMORANDUM OPINION


 The appellant, Robert Harvey d/b/a RNS Sound & Vision, filed a motion to dismiss
this appeal. The motion is voluntarily made by the appellant prior to any decision of this
Court and should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed notice of
appeal. The motion to dismiss is granted and the appeal is dismissed.

 APPEAL DISMISSED.

 __________________________________

 CHARLES KREGER

 Justice

Opinion Delivered June 26, 2008

Before McKeithen, C.J., Kreger and Horton, JJ.